```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


MORTGAGE ELECTRONIC REGISTRATION  :
SYSTEMS, INC.,                    :
                                  :
          Plaintiff               :    No. 4:05-CV-1313
                                  :
     vs.                          :    Complaint Filed 06/29/05
                                  :
JOCELYN GREINER and               :
ANDREA SARACINO,                  :    (Judge Muir)
                                  :
          Defendants              :
```

ORDER

August 25, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The complaint in this case was filed on June 29, 2005, and a case management conference is scheduled for August 31, 2005, at 11:15 a.m.

On August 4, 2005, Plaintiff Mortgage Electronic Registration Systems, Inc. (hereinafter "Mortgage Electronic"), filed a "Motion to Place Proceedings on Administrative Hold Due to Defendants' Ongoing Bankruptcy Proceedings." A brief in support of that motion was filed on August 22, 2005. We will construe that motion as one to stay this case pending resolution of the Defendants' bankruptcy.

On August 23, 2005, Mortgage Electronic Registration Systems, Inc. (hereinafter "Mortgage Electronic"), filed a motion to continue the case management conference because each Defendant

has filed a petition for relief in the United States Bankruptcy Court.  As a result of the bankruptcy proceedings, this action is automatically stayed pursuant to 11 U.S.C. § 362(a), and no further progress in this case should occur.  We will grant both of Mortgage Electronic's motions.

AND, NOW, IT IS ORDERED:

1. Mortgage Electronic's motion (Document 7) to stay this case is granted.
2. Mortgage Electronic's motion (Document 9) to continue the case management conference is granted as provided in paragraph 3 of this order.
3. The case management conference scheduled for August 31, 2005, is cancelled.
4. The Clerk of Court shall mark this action closed for statistical purposes and place this matter in the Civil Suspense File.
5. Mortgage Electronic shall file a status report on or before December 1, 2005, and on or before the first of each June and December thereafter until the conclusion of the bankruptcy proceedings, and also shall file a status report within 30 days of the conclusion of the

      bankruptcy proceedings.

6.    The court will retain jurisdiction of the case.


                                        <u>s/Malcolm Muir</u>
                                        MUIR, U.S. District Judge

MM:ga